UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR AGUADO CUEVAS,<br><br>Defendant. | No. 19-20049 |

**Defendant's Sentencing Commentary**

Defendant Oscar Aguado Cuevas, through his attorney Assistant Federal Public Defender Johanes Maliza, pursuant to 18 U.S.C. § 3553(a), hereby submits the following commentary on sentencing:

1.  Mr. Aguado Cuevas respectfully recommends that a sentence of (a) 16 months in BOP custody; (b) no supervised release; (c) no fine; (d) no restitution; and (e) the mandatory special assessment is sufficient but no greater than necessary to meet the sentencing goals of 18 U.S.C. § 3553(a).

2.  Mr. Aguado Cuevas will not present any written or live testimony at the sentencing hearing, but he asks the Court to consider the attached character letters.

Respectfully submitted,

February 9, 2020         SHAWN BLAND, Defendant,

THOMAS PATTON, Federal Public Defender

By: s/ Johanes Maliza
Johanes C. Maliza (6323056)

Assistant Federal Public Defender
600 E. Adams St., Third Floor
Springfield, IL 62701
Telephone:   217-492-5070
Facsimile:   217-492-5077
E-mail:      johanes_maliza@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza